# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

HOSPICE BY THE SEA, LTD,

                        Plaintiff,

    v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                        Defendant.

Case No.:  24-cv-01529-DMS-DEB

**ORDER DISMISSING CASE**

On January 28, 2026, the Court ordered Plaintiff to show cause why the cause should not be dismissed because "it appears that Plaintiff is not a natural person and is not represented by an attorney permitted to practice" in violation of 28 U.S.C. § 1654 and Local Rule 83.3(j). (ECF No. 13.)  Plaintiff did not respond by the deadline of February 6, 2026.

A district court may dismiss an action for failure to comply with the district's Local Rules or a court order. *See Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (providing "courts may dismiss under [Federal Rule of Civil Procedure] 41(b) sua sponte, at least under certain circumstances"); S.D. Cal. Civ. R. 83.1(a) (providing that failure "to comply with these rules . . . or with any order of the Court may be grounds for imposition by the Court of . . . sanctions authorized by statute or rule or within the inherent power of the Court, including, without limitation, dismissal of any actions").

24-cv-01529-DMS-DEB

Accordingly, this action is **DISMISSED** without prejudice. All pending motions are **TERMINATED** as moot. (*See* ECF Nos. 9, 12.) The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: February 9, 2026

Hon. Dana M. Sabraw
United States District Judge

24-cv-01529-DMS-DEB